In the Matter of ANTONIO BIBERIAS, as Father and Natural Guardian of JOANNA BIBERIAS, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.—

Concur — Stevens, P. J., Tilzer, Markewich, McNally and Eager, JJ.